EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 05-0300JMS-07 |
| | ) | |
| Plaintiff, | ) | MOTION FOR DOWNWARD DEPARTURE |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | (**REED KALEOOKALANI AKEN,** |
| | ) | **SENIOR**) |
| LEANDRO GOMEZ, III, also (01) | ) | |
| known as "Leo", | ) | |
| NATHANIEL RUSSELL, also (02) | ) | |
| known as "Bobo" or "Bo", | ) | |
| PAMELA MAHEALANI NEWTON, (03) | ) | |
| JOHN CORNIEL, JR., (04) | ) | |
| CYRINAH L. AKEN, also (05) | ) | |
| known as "Cyrinah L. | ) | |
| Solomon", | ) | |
| CHARLES R.K. FARREN, (06) | ) | |
| REED KALEOOKALANI AKEN, (07) | ) | Sentencing date: 4/3/06 at |
| SENIOR, | ) | 2:15 p.m., before the Hon. |
| ROGER MANU BATES, also (08) | ) | J. Michael Seabright, U.S. |
| known as "Manu", | ) | District Judge |
| TIMOTHY JAMES SULLIVAN, (09) | ) | |
| also known as "Tim", | ) | |
| GILBERT GOMEZ, also (10) | ) | |
| known as "Glen", | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## MOTION FOR DOWNWARD DEPARTURE
## IN SENTENCING DEFENDANT
## [REED KALEOOKALANI AKEN, SENIOR]

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant above-named, due to his substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

This motion is made pursuant to 18 U.S.C. 3553(e) and U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

DATED:  Honolulu, Hawaii, March 29, 2006.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
>
> By /s/ Michael K. Kawahara
>    MICHAEL K. KAWAHARA
>    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| Mr. Emmett E. Lee Loy<br>Attorney at Law<br>758 Kapahulu Avenue #429<br>Honolulu, HI 96816 | March 29, 2006 |

    Attorney for Defendant
    Reed Kaleookalani Aken, Sr.

Served by hand-delivery:

| | |
|---|---|
| Probation Officer<br>300 Ala Moana Blvd.,<br>Box 50111, Rm. C-126<br>Honolulu, HI  96850 | March 29, 2006 |

                                        /s/ Rowena N. Kang