# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CRIMINAL 05-00300JMS-07

CASE NAME:    United States of America vs. Reed Kaleookalani Aken, Sr.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    J. Michael Seabright        REPORTER:

DATE:    4/5/2006            TIME:

COURT ACTION:  ENTERING ORDER: The Minutes of April 3, 2006 as it relates to the term of supervised release is corrected to reflect: 3 YEARS instead of 4 YEARS.

Submitted by:  Dottie Miwa, Courtroom Manager